```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Jose A. Vazquez-Castro

       v.                         Civil No. 17-cv-00072-PB

Office of General Counsel et al


O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 12, 2017, and dismiss all claims in this action, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e)(2).


     SO ORDERED.

                                              /s/ Paul Barbadoro
                                           Paul Barbadoro
                                           United States District Judge


Date: September 26, 2017

cc:   Jose A. Vazquez-Castro, pro se